SILBERMAN, Judge,
specially concurring.
I concur in the decision reached by the majority, which turns on the allegations of the complaint. I also note that it is undisputed the lawsuit in this case was initiated within five years of the date the bank accelerated the balance due on the loan. Thus, this case does not address the issue that has been the subject of recent decisions by other courts: that is, whether dismissal of an earlier foreclosure lawsuit nullifies the lender’s prior acceleration'of the note. See, e.g., Deutsche Bank Trust Co. Ams. v. Beauvais, 188 So.3d 938 (Fla. 3d DCA 2016) (en banc); Nationstar Mortg., LLC, v. Brown, 175 So.3d 833 (Fla. 1st DCA 2015); U.S. Bank Nat’l Ass’n v. Bartram, 140 So.3d 1007 (Fla. 5th DCA), review granted, 160 So.3d 892 (Fla.2014).